ORRIN ·D. PERSON, Respondent, *v.* JOSEPH A. STOLL, Defendant, THE UNION SURETY AND GUARANTY COMPANY, Appellant and LAWRENCE KELLY et al., Respondents.

*Person* v. *Stoll,* 72 App. Div. 141, affirmed.
(Submitted April 3. 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1902, affirming a judgment of Special Term decreeing the foreclosure of certain mechanics' liens.

*Wilson B. Brice* for appellant.

*Frank M. Avery* for plaintiff, respondent.

*Gilbert W. Minor* and *H. K. Coddington* for defendants, respondents.

Judgment affirmed, with costs to plaintiff and defendants Kelly, Waterbury and Getler, on opinion below.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.

---

JOHN NEVINS, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

*Nevins* v. *Buffalo, Rochester & P. Ry. Co.,* 73 App. Div. 619, affirmed.
(Argued April 3, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*James S. Havens* for appellant.

*Thomas H. Dowd* and *Henry P. Nevins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, CULLEN and WERNER, JJ. Dissenting: GRAY, J. Absent: BARTLETT, J.